■ In the Matter of ANTHONY C., a Person Alleged to be a Juvenile Delinquent, Appellant. MONROE COUNTY ATTORNEY, Respondent. [810 NYS2d 693]—Appeal from an order of the Family Court, Monroe County (Joan S. Kohout, J.), entered February 7, 2005 in a proceeding pursuant to Family Court Act article 3. The order placed respondent in the custody of the New York State Office of Children and Family Services for a period of 12 months.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Kale F.*, 269 AD2d 832 [2000]). Present—Hurlbutt, J.P., Gorski, Green, Pine and Hayes, JJ.